**Order filed July 28, 2015**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-15-00169-CV

_____

## IN RE THE STATE OF TEXAS EX REL. MICHAEL MUNK

**Original Mandamus Proceeding**

### O R D E R

This is an original mandamus proceeding filed by Relator, the State of Texas, acting by and through the District Attorney for the 106th Judicial District, Michael Munk. Relator seeks an emergency temporary stay requesting a stay of the enforcement of an order, issued on July 22, 2015, to produce discovery by 5:00 p.m. on July 30, 2015. The trial court's order to produce discovery bears the style "*State of Texas v. Dimas Gonzalez,*" and was entered by the trial judge of the 106th District Court of Dawson County, Texas. However, the order to produce discovery does not bear a trial court cause number. It appears to have been filed in a criminal proceeding that has not yet been filed in the trial court.

Pursuant to the authority of TEX. R. APP. P. 52.10(b), Relator's motion seeking temporary relief is granted. The enforcement of the order to produce discovery is stayed for all purposes pending further order of this court.

Furthermore, upon reviewing State's application for emergency temporary stay and for writs of mandamus and prohibition, the Court requests Real Party in Interest Dimas Gonzalez to file a response. This response is due on or before **August 10, 2015**. If Respondent, Judge Carter T. Schildknecht, desires to file a response, it is also due on or before **August 10, 2015.**

PER CURIAM

July 28, 2015

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.